UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LUIS RODRIGUEZ-ROBLES,

    Petitioner,

    v.

UNITED STATES OF AMERICA,

    Respondent.

Case No. C05-5278FDB

ORDER DENYING CERTIFICATE OF APPEALABILITY

    Petitioner challenged his sentence in a motion pursuant to a 2255 petition citing the *Apprendi, Blakely and Booker* cases. The jurisprudence applicable in this case does not persuade the Court that reasonable minds could differ as to the outcome herein. ACCORDINGLY,

    IT IS ORDERED: Application for Certificate of Appealability [Dkt. # 8] is DENIED.

    DATED this 6th day of October, 2005.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1